1  ROBERT A. HESSLING (State Bar No. 096466)
   *rhessling@gmail.com*
2  MATTHEW F. KENNEDY (State Bar No. 199485)
   *matthewfkenn@gmail.com*
3  ROBERT A. HESSLING, APC
   3853 Meadow Park Lane
4  Torrance, California 90505
   Telephone: (310) 375-0255
5  Facsimile:  (310) 373-5152

6  General Counsel for Karl T. Anderson,
   Chapter 7 Trustee
7

8             UNITED STATES BANKRUPTCY COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                   RIVERSIDE DIVISION

11  In re                                )  Case No. 6:16-bk-19786-SC
                                         )
12  LARRY KATES,                         )  Chapter 7
                                         )
13            Debtor.                    )  **AMENDMENTS TO NOTICE OF**
                                         )  **MOTION AND MOTION OF TRUSTEE**
14                                       )  **FOR ORDER:**
                                         )  **(1) AUTHORIZING SALE OF REAL**
15                                       )  **PROPERTY FREE AND CLEAR OF**
                                         )  **LIENS AND ENCUMBRANCES;**
16                                       )  **(2) APPROVING OVERBID**
                                         )  **PROCEDURES; (3) AUTHORIZING**
17                                       )  **PAYMENTS OF UNDISPUTED LIENS,**
                                         )  **COSTS OF SALE, PROPERTY TAXES,**
18                                       )  **AND HOMESTEAD EXEMPTION;**
                                         )  **(4) FINDING THAT REAL PROPERTY**
19                                       )  **IS COMMUNITY PROPERTY AND**
                                         )  **AUTHORIZING TRUSTEE TO**
20                                       )  **INCLUDE IN SALE ORDER THAT**
                                         )  **REAL PROPERTY IS COMMUNITY**
21                                       )  **PROPERTY AND THAT TRUSTEE IS**
                                         )  **AUTHORIZED TO SELL ENTIRE**
22                                       )  **REAL PROPERTY; AND**
                                         )  **(5) FINDING THAT PURCHASER IS**
23                                       )  **GOOD FAITH PURCHASER UNDER**
                                         )  **11 U.S.C. § 363(m); AND**
24                                       )  **DECLARATION OF ROBERT A.**
                                         )  **HESSLING**
25                                       )
                                         )  Date:  September 11, 2018
26                                       )  Time:  11:00 a.m.
                                         )  Ctrm:  Video Courtroom "126"
27  _____)         3420 Twelfth St.
                                         )         Riverside, CA
28

1

1  TO THE DEBTOR AND HIS COUNSEL, LISA MARIE KATES, THE UNITED STATES

2  TRUSTEE, ALL CREDITORS, AND ALL PARTIES IN INTEREST:

3      Karl T. Anderson, the Chapter 7 Trustee of the estate of Larry Kates, amends the Motion of

4  Trustee for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens and

5  Encumbrances; (2) Approving Overbid Procedures; (3) Authorizing Payments of Undisputed

6  Liens, Costs of Sale, Property Taxes, and Homestead Exemption; (4) Finding that Real Property is

7  Community Property and Authorizing Trustee to Include in Sale Order that Real Property is

8  Community Property and That Trustee Is Authorized to Sell Entire Real Property; and (5) Finding

9  That Purchaser Is Good Faith Purchaser under 11 U.S.C. § 363(m) ("Motion") (Docket, No. 39,

10  filed 8/1/18) and the Notice of Motion of Trustee for Order: (1) Authorizing Sale of Real Property

11  Free and Clear of Liens and Encumbrances; (2) Approving Overbid Procedures; (3) Authorizing

12  Payments of Undisputed Liens, Costs of Sale, Property Taxes, and Homestead Exemption;

13  (4) Finding that Real Property is Community Property and Authorizing Trustee to Include in Sale

14  Order that Real Property is Community Property and That Trustee Is Authorized to Sell Entire Real

15  Property; and (5) Finding That Purchaser Is Good Faith Purchaser under 11 U.S.C. § 363(m)

16  ("Notice of Motion") (Docket, No. 40, filed 8/1/18) as follows:

17      The Motion inadvertently indicates in the caption that the hearing is in Video Courtroom

18  "5C" at 3420 Twelfth St., Riverside, California.  The correct hearing place is Video Courtroom

19  "126" at 3420 Twelfth St., Riverside, California.

20      The Notice of Motion inadvertently indicates in the caption that the hearing is in

21  Courtroom "304" at 3420 Twelfth St., Riverside, California.  The correct hearing place is Video

22  Courtroom "126" at 3420 Twelfth St., Riverside, California.  In addition, the Proof of Service

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   inadvertently does not include the date of the service of the Notice of Motion in category 2

2   regarding service by United States Mail.  The Notice of Motion was served on August 1, 2018.

3   Attached is an Amended Proof of Service regarding the Notice of Motion.

4   Dated: August 1, 2018                        ROBERT A. HESSLING, APC

5

6                                       By: ROBERT A. HESSLING
                                            General Counsel for Karl T. Anderson,
7                                           Chapter 7 Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

# AMENDED PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3853 Meadow Park Lane, Torrance, CA 90505.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION OF TRUSTEE FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES; (2) APPROVING OVERBID PROCEDURES; (3) AUTHORIZING PAYMENTS OF UNDISPUTED LIENS, COSTS OF SALE, PROPERTY TAXES, AND HOMESTEAD EXEMPTION; (4) FINDING THAT REAL PROPERTY IS COMMUNITY PROPERTY AND AUTHORIZING TRUSTEE TO INCLUDE IN SALE ORDER THAT REAL PROPERTY IS COMMUNITY PROPERTY AND THAT TRUSTEE IS AUTHORIZED TO SELL ENTIRE REAL PROPERTY; AND (5) FINDING THAT PURCHASER IS GOOD FAITH PURCHASER UNDER 11 U.S.C. § 363(m)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 1, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.SERVED BY UNITED STATES MAIL**: On August 1, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 1, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 1, 2018 | Robert A. Hessling | |
|---|---|---|
| Date | Printed Name | Signature |

**ADDITIONAL SERVICE INFORMATION (if needed):**

### 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

**Trustee** Karl T Anderson (TR)   edansie@hotmail.com, kanderson@ecf.epiqsystems.com
**Debtor's Counsel** Richard Lynn Barrett   thebarrettlawoffice@yahoo.com
**Trustee's Real Estate Broker** Richard A Halderman   lidopacmgt@aol.com
**Trustee's Counsel** Robert A Hessling   rhessling@gmail.com
Valerie Smith   claims@recoverycorp.com
United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov

### 2. SERVED BY U.S. MAIL

Debtor
Larry Kates
17721 Scottsdale Road
Riverside, CA 92504-9423

Non-Debtor Spouse
Lisa Marie Kates
17721 Scottsdale Road
Riverside, CA 92504-9423

Lienholders

(Address per Schedules)
Chase
P.O. Box 24696
Columbus, OH 43224-0696

(Address per Loan Statement)
Chase Records Center
Attn: Correspondence Mail LA4-5555
700 Kansas Lane
Monroe, LA 71203

(Address per Assignment of Deed of Trust)
Chase Bank
c/o Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

(Address per Agent for Service of Process)
JP Morgan Chase Bank
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

(Address per Secretary of State)
JP Morgan Chase Bank
1111 Polaris Parkway
Columbus, OH 43240

(Addresses per Schedules)
Citibank, N.A.
P.O. Box 6181
Sioux Falls, SD 57117-6181

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Citibank
P.O. Box 6030
Sioux Falls, SD 57117-6030

Citibank, N.A.
P.O. Box 688971
Des Moines, IA 50368-8971

(Address per Proof of Secured Claim)
Troy G. Jacobs
Bankruptcy Specialist
Citibank, N.A.
P.O. Box 6030
Sioux Falls, SD 57117-6030

(Address per Loan Statement)
Citibank, N.A.
P.O. Box 790110
St. Louis, MO 63179-0110

(Address per Note and Mortgage Modification Agreement)
Citibank, N.A.
Southpointe Plaza II
Suite 300
380 Southpointe Blvd.
Canonsburg, PA 15317

Buyers
Dylan Evans
Tami Evans
1770 Rockcrest Dr.
Corona, CA 92880

Buyers' Broker
Kimberly Olivo
Keller Williams Realty
4160 Temescal Canyon Road, Suite 500
Corona, CA 92883

Other Offeror
Richard Martinez
George Pulido
Ricky Martinez and Associates Investments, Inc.
22982 La Cadena, #200
Laguna Hills, CA 92653

Creditors
Cach LLC |PO Box 5980|Denver, CO 80217-5980
Capital One |PO Box 30253|Salt Lake City, UT 84130-0253
Cavalry Spv I, LLC |Bass & Associates, P.C.|3936 E. Ft. Lowell Road, Suite #200|Tucson, AZ 85712-1083
Employment Development Department |PO Box 989061|West Sacramento, CA 95798-9061
Employment Development Department| Bankruptcy Group MIC 92E| P. O. Box 826880| Sacramento, CA 94280-0001
Internal Revernue Service |PO Box 7248|Philadelphia, PA 19101-7248
Internal Revenue Service| PO Box 7346| Philadelphia, PA 19101-7346
Kohls Department Store |PO Box 3115|Milwaukee, WI 53201-3115
Lisa Kates |17721 Scottsdale Rd|Riverside, CA 92504-9423
Orange Stair & Millwork, Inc. |11730 Sterling Ave|Riverside, CA 92503-4978

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

PRA Receivables Management, LLC |PO Box 41021|Norfolk, VA 23541-1021
Wells Fargo Card Service |PO Box 14517|Des Moines, IA 50306-3517
Wilson Properties Service |11860 Magnolia Ave|Riverside, CA 92503-4911

## 3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL

By Priority Mail
Presiding Judge's Copy
Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3853 Meadow Park Lane, Torrance, CA 90505.

A true and correct copy of the foregoing document entitled (*specify*): **AMENDMENTS TO NOTICE OF MOTION AND MOTION OF TRUSTEE FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES; (2) APPROVING OVERBID PROCEDURES; (3) AUTHORIZING PAYMENTS OF UNDISPUTED LIENS, COSTS OF SALE, PROPERTY TAXES, AND HOMESTEAD EXEMPTION; (4) FINDING THAT REAL PROPERTY IS COMMUNITY PROPERTY AND AUTHORIZING TRUSTEE TO INCLUDE IN SALE ORDER THAT REAL PROPERTY IS COMMUNITY PROPERTY AND THAT TRUSTEE IS AUTHORIZED TO SELL ENTIRE REAL PROPERTY; AND (5) FINDING THAT PURCHASER IS GOOD FAITH PURCHASER UNDER 11 U.S.C. § 363(m)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 1, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page.

**2.SERVED BY UNITED STATES MAIL**:  On August 1, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 1, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| August 1, 2018 | Robert A. Hessling | |
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

**Trustee**  Karl T Anderson (TR)   edansie@hotmail.com, kanderson@ecf.epiqsystems.com
**Debtor's Counsel**  Richard Lynn Barrett   thebarrettlawoffice@yahoo.com
**Trustee's Real Estate Broker**  Richard A Halderman   lidopacmgt@aol.com
**Trustee's Counsel**  Robert A Hessling   rhessling@gmail.com
Valerie Smith   claims@recoverycorp.com
United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov

## 2. SERVED BY U.S. MAIL

Debtor
Larry Kates
17721 Scottsdale Road
Riverside, CA 92504-9423

Non-Debtor Spouse
Lisa Marie Kates
17721 Scottsdale Road
Riverside, CA 92504-9423

Lienholders

(Address per Schedules)
Chase
P.O. Box 24696
Columbus, OH 43224-0696

(Address per Loan Statement)
Chase Records Center
Attn: Correspondence Mail LA4-5555
700 Kansas Lane
Monroe, LA 71203

(Address per Assignment of Deed of Trust)
Chase Bank
c/o Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

(Address per Agent for Service of Process)
JP Morgan Chase Bank
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

(Address per Secretary of State)
JP Morgan Chase Bank
1111 Polaris Parkway
Columbus, OH 43240

(Addresses per Schedules)
Citibank, N.A.
P.O. Box 6181
Sioux Falls, SD 57117-6181

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          F 9013-3.1.PROOF.SERVICE

Citibank
P.O. Box 6030
Sioux Falls, SD 57117-6030

Citibank, N.A.
P.O. Box 688971
Des Moines, IA 50368-8971

(Address per Proof of Secured Claim)
Troy G. Jacobs
Bankruptcy Specialist
Citibank, N.A.
P.O. Box 6030
Sioux Falls, SD 57117-6030

(Address per Loan Statement)
Citibank, N.A.
P.O. Box 790110
St. Louis, MO 63179-0110

(Address per Note and Mortgage Modification Agreement)
Citibank, N.A.
Southpointe Plaza II
Suite 300
380 Southpointe Blvd.
Canonsburg, PA 15317

Buyers
Dylan Evans
Tami Evans
1770 Rockcrest Dr.
Corona, CA 92880

Buyers' Broker
Kimberly Olivo
Keller Williams Realty
4160 Temescal Canyon Road, Suite 500
Corona, CA 92883

Other Offeror
Richard Martinez
George Pulido
Ricky Martinez and Associates Investments, Inc.
22982 La Cadena, #200
Laguna Hills, CA 92653

Creditors
Cach LLC |PO Box 5980|Denver, CO 80217-5980
Capital One |PO Box 30253|Salt Lake City, UT 84130-0253
Cavalry Spv I, LLC |Bass & Associates, P.C.|3936 E. Ft. Lowell Road, Suite #200|Tucson, AZ 85712-1083
Employment Development Department |PO Box 989061|West Sacramento, CA 95798-9061
Employment Development Department| Bankruptcy Group MIC 92E| P. O. Box 826880| Sacramento, CA 94280-0001
Internal Revernue Service |PO Box 7248|Philadelphia, PA 19101-7248
Internal Revenue Service| PO Box 7346| Philadelphia, PA 19101-7346
Kohls Department Store |PO Box 3115|Milwaukee, WI 53201-3115
Lisa Kates |17721 Scottsdale Rd|Riverside, CA 92504-9423
Orange Stair & Millwork, Inc. |11730 Sterling Ave|Riverside, CA 92503-4978

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

PRA Receivables Management, LLC |PO Box 41021|Norfolk, VA 23541-1021
Wells Fargo Card Service |PO Box 14517|Des Moines, IA 50306-3517
Wilson Properties Service |11860 Magnolia Ave|Riverside, CA 92503-4911

## 3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL

By Priority Mail
Presiding Judge's Copy
Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.